IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISON

| | |
|---|---|
| Kayla Linn, | CASE NO. 1:19-cv-01783 |
| Plaintiff, | JUDGE PAMELA A. BARKER |
| v. | |
| Compassionate Friends Homecare, LLC et al., | ORDER DISMISSING CASE |
| Defendants, | |

On October 10, 2019, this Court granted Plaintiff's motion for extension of time to file motion for default judgment until October 25, 2019.  Upon review of the docket, there has been no motion for default filed upon the defendants in this matter.  Therefore, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure the above entitled case is hereby dismissed without prejudice for want of prosecution.

**IT IS SO ORDERED.**

 *s/Pamela A. Barker*
PAMELA A. BARKER
Date:  October 29, 2019	U. S. DISTRICT JUDGE